**Sharon L. BLOUNT, Plaintiff— Appellant,**

v.

**Tommy G. THOMPSON, Secretary, United States Department of Health and Human Services, Defendant—Appellee.**

No. 04–2167.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 26, 2005.

Decided Feb. 23, 2005.

Sharon L. Blount, Appellant pro se. Ariana Wright Arnold, Office of the United States Attorney, Baltimore, Maryland, for Appellee.

Before LUTTIG, MOTZ, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Sharon L. Blount appeals the district court's order awarding summary judgment to Defendant in her employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Blount v. Thompson,* No. CA-03-2042 (D.Md. filed Aug. 24, 2004 & entered Aug. 25, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*